473 A.2d 659

Commonwealth v. Paige, Appellant.

Petition for Allowance of Appeal
Denied Aug. 27, 1984.

Submitted October 3, 1983. Charles A. Cunningham, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.